**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**MARY ANTOINETTE ROBINSON,**
        **Plaintiff,**

    v.                                                     Case No. 10-C-0531

**PYRAMAX BANK**
        **Defendant.**

---

## DECISION AND ORDER

Plaintiff Mary Antoinette Robinson, proceeding pro se, filed this action against Pyramax Bank, alleging that Pyramax Bank refused to do business with her on account of her race (black). On July 2, 2010, I denied plaintiff's motion to proceed in forma pauperis and dismissed her complaint for failure to state a claim on which relief may be granted. However, I gave plaintiff thirty days in which to file an amended complaint. On July 21, 2010, plaintiff filed an amended complaint. In an order dated August 4, 2010, I determined that the amended complaint cured the defect that I had identified in the original complaint. However, I found that the amended complaint was still deficient because it did not allege <u>when</u> the events giving rise to her claim occurred, and thus the complaint did not satisfy federal notice-pleading standards. I therefore dismissed the amended complaint and gave plaintiff thirty days to file another amended complaint.

Thirty days have elapsed, and plaintiff has not filed a second amended complaint. However, I will grant plaintiff an additional twenty-one days to do so. Plaintiff is hereby warned that if she does not file, on or before October 11, 2010, a second amended complaint that identifies the approximate date or dates on which the events described in

her complaint occurred (the second amended complaint can be identical to the amended complaint in all other respects), I will dismiss this action in its entirety.

For the reasons stated,

**IT IS ORDERED** that plaintiff has leave to file a second amended complaint provided that it is filed on or before **October 11, 2010**. If no amended complaint is filed by such date, this action will be dismissed in its entirety.

Dated at Milwaukee, Wisconsin this 19 day of September, 2010.

/s_____
LYNN ADELMAN
District Judge